IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **JAMES LEE,** *Individually and On Behalf of All Others Similarly Situated* | § § § | |
| **v.** | § § | 1:12-CV-136 |
| **VEOLIA ES INDUSTRIAL SERVICES, INC.** | § § § | |

## ORDER OF DISMISSAL

The parties' "Stipulation of Dismissal with Prejudice" (Doc. No. 96) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

So **ORDERED** and **SIGNED** this **27** day of **January, 2014.**

_____
Ron Clark, United States District Judge